BOP # 16245-058
Case # 16-CR-00302-(KMK)
Case 5:22-cv-00055-JPB-JPM   Document 1   Filed 03/17/22   Page 1 of 3 PageID #: 1
FILED
MAR 17 2022
U.S. DISTRICT COURT
CLARKSBURG WV 26301

March 14, 2022

5:22 cv 55 Bailey, Millstone, Prince

Honorable Judge Irene M. Keeley:

Your honor, I am writing to you in regards to filing a motion on applying to seek an award of 2 days credit for each of the 1002 days of imprisonment. Seeking hard time COVID credit for the 1002 days served.

I have been incarcerated since February 19, 2016. I was sentenced to 200 months on July 5, 2017. I arrived at SFF Hazelton on March 20, 2018. On February 2020 myself and several others went to sick call at the same time, Mrs Bird and Mr. Hare lined us up in chairs in the hallway and checked us one by one and told us we were "undiagnosible" and they didn't know how to treat us. They said we had some kind of respiratory problem and all they could treat us with was breathing treatments, inhalers steroid and steroid injections. It lasted almost 3 weeks for us all. On March 17, 2020 we went on modified operations due to the COVID-19 pandemic, we were on full lockdown until February 20, 2021 and then we went on partial lockdown. We are currently still on modified operations. We went through improper daily diet, had no water in our units and had to use the toilets with no way to flush, we had

to poop in plastic bags for 3 of those days. Eventually the BOP brought in portable bathrooms and shower trailers for our use.

Due to COVID, program availability has been limited, no recreation, no exercising, no movement, no visitations, no legal support, no help resources and limited medical care with no emotional/mental medical support.

I've currently had COVID while incarcerated. I took the first Phizer vaccine on January 6, 2020 the second Phizer vaccine January 28, 2020 and the Phizer Booster on December 3, 2021. Sadly I have some medical issues and I'm at a high risk for a weaker immune system or contracting COVID.

I've taken the following classes while incarcerated. Wellness, Basic Nutrition, Women's Relationships I + II, Assert Yourself (twice), Trauma in Life, Foundations I, Emotional Self Regulation, Basic Cognetive, AARP 50+ Foundations, Square One, Essentials for Women, Aging Well, Understanding Your Feelings, Parenting I, Seeking Safety, S-ACT Work Keys, Drug Education, ACE: Develope Yourself as Leader, ACE: Amazing Ladies, RPP: Women in 21 Century Workplace, DBT: Mindfullness, DBT: Emotional Regulation, DBT: Distress Tolerance, and 5 self-study

Ace packets.

   I always sign up for any available classes, sometimes taking 4 to 6 at a time. I am not a troublemaker and I've currently done 6 years and 1 month of my sentence.

   A day in prison under extreme lockdown and in fear of contracting a deadly virus puts alot of emotional, mental and physical stress on an inmate, not to mention the stress of no visits, phone calls and etc. with our families.

   While not intended as punishment, incarceration in such conditions is unavoidable and traumatizing resulting in harsher punishment. See e.g. US vs Rodriguez No. 00Cr.761 (JSR) 454 F.Supp.3d 306.

   My goal is to get home to my family. I would like my case considered for the Cares Act / Hard time COVID credit.

   Thank you for your time and consideration regarding this matter. I look forward to your response.

BOP# 77275-054
Case# 16-CR-00302-(KMK)

Sincerely,
Deanna Duncan
Deanna Duncan